# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARBY TAVENNER, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-302 Erie |
| DETECTIVE ANDREW A. SHAFFER, ) et al., ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on October 29, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation [32], filed on May 14, 2008, recommends that the case be transferred to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. §§ 1391(b) and 1404(a). The parties were allowed ten (10) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at SCI-Forest, where he is incarcerated, and on the Defendants. No objections were filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of June, 2008;

IT IS HEREBY ORDERED that the within case be transferred **forthwith** to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. §§ 1391(b) and 1404(a).

The Report and Recommendation [32] of Chief Magistrate Judge Baxter, dated May 14, 2008, is adopted as the opinion of this Court.

                                                s/ SEAN J. McLAUGHLIN
                                                Sean J. McLaughlin
                                                United States District Judge

cc:    all parties of record
         Chief U.S. Magistrate Judge Baxter